# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Moreno Ruiz,<br><br>    Petitioner,<br><br>v.<br><br>United States Department of Homeland Security Immigration and Customs Enforcement, et al.,<br><br>    Respondents. | **NO. CV-19-02219-PHX-DWL (ESW)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's order filed April 15, 2019, judgment is entered in favor of respondents and against petitioner. Petitioner to take nothing, and the Petition and action are dismissed without prejudice for failure to comply with the Court's order.

Brian D. Karth
District Court Executive/Clerk of Court

July 2, 2019

By   s/ L. Dixon
     Deputy Clerk